Exhibit H

| US Pat. 9056524, Claim 7 | Schioppa Orbital Wheel |
|---|---|
| 7. A caster wheel assembly comprising:<br><br>a hub comprising a generally annular body centered about a central axis,<br><br>said hub having an outer peripheral rim section and an inner bearing section,<br><br>said rim section including an annular outer rim surface having an annularly dished concave region disposed between a pair of cylindrical lips, |  |

| | |
|---|---|
| a tread surrounding said rim surface,<br><br>said tread having a convex inner periphery conforming to said annularly dished concave region of said rim surface in a tight nested relationship,<br><br>said tread including a cylindrical pad on each side of said convex inner periphery, said cylindrical pads disposed in direct surface-to-surface contact with said cylindrical lips of said rim surface, | Convex inner periphery of the tread conforming to said annularly dished concave region of said rim surface in a nested relationship<br><br><br><br>Rim surface<br><br>Cylindrical pad on each side of the convex inner periphery in direct surface-to-surface contact with cylindrical lips of the rim surface |

| | |
|---|---|
| wherein said annularly dished concave region of said outer rim surface has a parabolic OD cross-section, wherein said parabolic OD cross-section is defined by the equation $y=A*x^2$, where A is between 1.5 and 4, and | <br><br>**Annularly dished concave region of the outer rim surface**<br><br>Design drawings for the Schioppa Orbital caster shown above demonstrate that Schioppa's Orbital casters have an annularly dished concave region of the outer rim surface which is a compound profile made up of multiple regions represented by different radii. At least some portions of the annularly dished concave region of the outer rim surface, and the annularly dished concave region of the outer rim surface taken as a whole, have a parabolic outer diameter cross-section defined by the equation $y=A*x^2$, where A is between 1.5 and 4. |

| | |
|---|---|
| wherein said bearing section includes an inner bearing seat defined by a counter-bore. |  |