# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CASTER CONCEPTS, INC.

Case No.   1:26-cv-01675
Hon.

v.

DORODO, LLC and SCHIOPPA DO BRASIL

TO:  DoRodo, LLC
ADDRESS:  1165 Electric Ave.
Wayland, MI 49348

A lawsuit has been filed against you.

YOU  ARE HEREBY SUMMONED and required to    serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ____21____ days after service of this sum mons on y ou (not counting  the day  you received it). If y  ou  fail  to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jessica Fleetham (P81038)
EVIA LAW PLC
231 S Old Woodward, Ste 220
Birmingham, MI 48009

CLERK OF COURT

**Insert Today's Date**

By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for _____DoRodo, LLC_____ was received by me on _____.
                              (name of individual and title, if any)                                                              (date)

☐ I personally served the summons on the individual at _____
                                                                                                        (place where served)
on _____.
              (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                            (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                              (name of individual)
of process on behalf of _____ on _____.
                                                  (name of organization)                                                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

Print/Publish to .pdf    Save As...    Reset

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CASTER CONCEPTS, INC.

Case No.  1:26-cv-01675

Hon.

TO: **Schioppa do Brasil**

v.

ADDRESS: R. Álvaro do Vale
284 São Paulo, SP – Brasil.

DORODO, LLC and SCHIOPPA DO BRASIL

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jessica Fleetham (P81038)
EVIA LAW PLC
231 S Old Woodward, Ste 220
Birmingham, MI 48009

CLERK OF COURT

Insert Today's Date

By: Deputy Clerk                                     Date

## PROOF OF SERVICE

This summons for _____Schioppa do Brasil_____ was received by me on _____.
(name of individual and title, if any)                                   (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address